**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:       Terracon Consultants, Inc. v. Northern Pride Communications, Inc.

Appellate case number:    01-22-00755-CV

Trial court case number:   114516-CV

Trial court:                239th District Court of Brazoria County

Appellants filed notice of appeal on October 17, 2022. *See* TEX. R. APP. P. 26.1. The record was due on October 27, 2022. *See* TEX. R. APP. P. 4.1(a), 35.1. The clerk's record was filed on October 24, 2022. The reporter's record has not been filed.

On November 9, 2022, the Clerk notified appellant that the court reporter responsible for preparing the record in this appeal had informed the Court that appellant had not requested preparation of the record or had not made arrangements to pay for the reporter's record. The Clerk further notified appellant that unless it provided proof of payment for preparation of the reporter's record, proof of having made payment arrangements for the reporter's record, or a response showing that it was exempt from paying for the reporter's record by November 21, 2022, the Court might consider and decide only those issues or points that do not require a reporter's record. *See* TEX. R. APP. P. 37.3(c).

Appellant responded that no record was taken in connection with the hearing on appellant's motion to dismiss that is the subject of the appeal. Accordingly, the Court will consider and decide those issues or points that do not require a reporter's record for a decision. *See id*.

Appellant's brief is **ORDERED** to be filed within 20 days of the date of this order. *See* TEX. R. APP. P. 38.6(a). Appellees' brief, if any, is **ORDERED** to be filed within 20 days of the filing of appellant's brief. *See* TEX. R. APP. P. 38.6(b).

It is so **ORDERED**.

Judge's signature: ____/s/ Sherry Radack_____
                      ☒ Acting individually     ☐ Acting for the Court

Date: ___November 22, 2022_____